AO 247 (06/09)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 8:09CR188 |
| RICHARD J. ROBINSON ) | USM No: 22953-047 |
| Date of Previous Judgment:   12/01/2009 ) | JULIE B. HANSEN |
| *(Use Date of Last Amended Judgment if Applicable)* ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   48 months   months **is reduced to**   37 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Offense Level: 23                     Amended Offense Level: 17
Criminal History Category: IV                 Criminal History Category: IV
Previous Guideline Range: 70 to 87 months     Amended Guideline Range: 37 to 46 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☑ Other *(explain)*:
   The defendant has already served this sentence. Accordingly, the court sentences him to time served and orders his immediate release from custody.

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated   12/01/2009   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   11/15/2011

*Judge's signature*

Effective Date: _____          Joseph F. Bataillon, Chief Judge USDC
*(if different from order date)*                  *Printed name and title*